# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MATTHEW R. LUDOLF, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN A. M. OWENS, )<br>)<br>Respondents. ) | No. 2:19-cv-02078-TLP-tmp |

## ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR PAY THE $5.00 FILING FEE

Petitioner Matthew R. Ludolf[1] filed a pro se petition under 28 U.S.C. § 2241 on January 29, 2019. (ECF No. 1.) However, Petitioner failed to either pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) or submit an application to proceed in forma pauperis and a copy of his trust account statement.

Accordingly, Petitioner is ORDERED to pay the $5.00 filing fee within thirty (30) days after the date of this order or submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement.[2] The Clerk is directed to mail a copy of the prisoner in forma pauperis affidavit to Petitioner along with this order.

Petitioner is notified that failure to comply with this order in a timely manner will result

---

[1] Petitioner, Bureau of Prisons register number 31237-064, is incarcerated at the Federal Correctional Institution in Memphis, Tennessee.

[2] In the interest of expediting this matter, Petitioner is advised that if his inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed in forma pauperis will be denied.

in dismissal of this action without further notice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED**, this 22nd day of February, 2019.

     s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE